FILED'06 SEP 15 10:17USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEVIN WILSON, ) | |
| ) | |
| Plaintiff, ) | CV 06-3016-CO |
| ) | (Lead Case) |
| v. ) | |
| ) | **ORDER** |
| SOUTHERN OREGON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**PANNER, J.**

On August 24, 2006, Magistrate Judge Cooney filed his Findings and Recommendation (docket # 21), which recommended granting Defendant's motion (# 12) to dismiss Plaintiff's common law wrongful discharge claim because Plaintiff already has other adequate remedies, and striking the prayer for punitive damages because that remedy is not available under Title IX or against a public entity under state law. Plaintiff has filed objections.

The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Cooney's Findings and Recommendation (docket # 21) are adopted. Defendant's motion (# 12) to dismiss Plaintiff's common law wrongful discharge claim is granted, and the prayer for punitive damages is stricken.

IT IS SO ORDERED.

DATED this ___14___ day of September, 2006.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER